# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>THOMAS M. BIDEGARY,<br><br>            Defendant. | Case No.: 3:17-cr-00033-ART-CSD<br><br>REASSIGNMENT ORDER |
| UNITED STATES OF AMERICA<br><br>            Plaintiff,<br><br>vs.<br><br>THOMAS M. BIDEGARY,<br><br>            Defendant. | Case No.: 3:17-cr-00073-MMD-CSD<br><br>REASSIGNMENT ORDER |

   The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate judge in the first filed case.

Good cause appearing, it is therefore ordered that Case No. 3:17-cr-00073-MMD-CSD is reassigned to Judge Anne R. Traum and Magistrate Judge Craig S. Denney and all future pleadings must bear case number 3:17-cr-00073-ART-CSD.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket(s) to reflect this reassignment.

IT IS SO ORDERED.

DATED THIS 26th Day of September 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED THIS 26th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE